# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDRE JACOBS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-237 |
| | ) | Judge Conti |
| DEBORAH BAYHA, *et al.*, | ) | Magistrate Judge Bissoon |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

Andre Jacobs's ("Plaintiff") civil rights suit was commenced with the receipt of a complaint by the Clerk of Court on February 23, 2007 (ECF No. 1). The matter was referred to a United States Magistrate for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.C and 72.D of the Local Rules for Magistrate Judges.

The Magistrate Judge's Report and Recommendation, filed on August, 2010 (ECF No. 93), recommended that Plaintiff's Motion to Amend/Correct Complaint (ECF No. 89) be denied as moot. A copy of the report was mailed to Plaintiff at his address of record. Parties were given until September 3, 2010, to filed objections. As of the date of this order, no objections have been filed.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation (ECF No. 93), the following ORDER is entered:

AND NOW, this 7th day of March, 2011,

IT IS HEREBY ORDERED that Plaintiff's Motion to Amend/Correct Complaint (Doc. 89) is DENIED as moot.

IT IS FURTHER ORDERED that the Report and Recommendation of Magistrate Judge Bissoon dated August 20, 2010 (ECF No. 93), as it is supplemented by this Memorandum Order, is adopted as the opinion of this Court.

/s/ Joy Flowers Conti\_\_\_\_\_
Joy Flowers Conti
United States District Judge

cc:
ANDRE JACOBS
DQ5437
SCI Huntingdon
1100 Pike St
Huntingdon, PA 16654

Magistrate Judge Bissoon